# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **CRIMINAL NO. 1:19-CR-00094** |
| | : | |
| | : | (Chief Judge Jones) |
| v. | : | |
| | : | (Chief Magistrate Judge Schwab) |
| | : | |
| ANTOINE BLACK, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 24th day of June, 2020, following a hearing concerning the government's motion (*doc. 44*) for revocation of defendant's pre-trial release, at which counsel for the government and the U.S. Probation Officer represented to the court that, in light of defendant's recent cooperation and compliance with the terms of release, revocation of pre-trial release is not necessary at this time, IT IS ORDERED that the government's motion (*doc. 44*) is DENIED and defendant shall be continued on the previously set conditions of release pending trial.

*S/Susan E. Schwab*
Susan E. Schwab
United States Chief Magistrate Judge